JOHN H. HENDERSON, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

LULA M. GILBERT, Respondent, v. AMERICAN OIL AND LUBRICANT WORKS, INC., Appellant.— Judgment and order affirmed, with costs.   All concurred.

HENRY J. EBLING, Respondent, v. ELIZABETH KITCHEN, Appellant, Impleaded with Another.— Judgment affirmed, with costs.   All concurred.

EASTMAN MACHINE COMPANY, Respondent, v. JOSEPH ZUCK and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.   Held, that the timely service of the amended answer, followed by the service of a reply to the alleged counterclaims therein, nullified the plaintiff's notice of trial and notice of motion for the short cause calendar.   All concurred.

FRED R. WHEELER, Respondent, v. CUTHBERT J. FARRELL, Appellant, Impleaded with PASQUALE CONCILLA and Others.— Interlocutory judgment affirmed, with costs.   All concurred.

JOHN E. WILCOX, Respondent, v. WILLIAM J. SILCOX and Others, Appellants.— Judgment and order affirmed, with costs.   All concurred.

JULIA E. COOK, Respondent, v. THE PEOPLE'S MILK COMPANY, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Merrell, J., who dissented, and voted for dismissal of the complaint.

In the Matter of the Estate of CATHERINE F. OSBORN, Deceased. JAMES W. BAGLEY, as Executor, etc., Appellant; CHARLES L. OSBORN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

GUS G. BUSE, Respondent, v. ROY C. WILLIAMS, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

EDWARD W. GRIDLEY and Others, Respondents, v. MARY MATHEWS, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs.   All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUY SCARPANTONIO, Appellant.— Judgment of conviction affirmed.   All concurred.